UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------ x
ASPEN TECHNOLOGY, INC.,        :
                               :
        Plaintiff,             :    Civil Action
                               :    No. 04-11830-PBS
    v.                         :
                               :
F/V SOFTWARE, L.L.C.,          :
                               :
        Defendant.             :
------------------------------ x
```

## ASPEN TECHNOLOGY, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Aspen Technology, Inc. ("Aspen"), hereby submits the following corporate disclosure statement:

Aspen, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: August 30, 2004
      Boston, Massachusetts

Respectfully submitted,

_____
Thomas J. Dougherty (BBO #132300)
Justin J. Daniels (BBO #656118)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
Telephone: (617) 573-4800

Counsel for Plaintiff
Aspen Technology, Inc.

### Certificate of Service

I, Justin J. Daniels, hereby certify that on August 30, 2004, I caused a true copy of the foregoing Aspen Technology, Inc.'s Corporate Disclosure Statement to be served by first class mail, postage prepaid, upon Eugene G. Taggart, Esq., Taggart, Morton, Ogden, Staub, Rougelot & O'Brien, L.C., 1100 Poydras Street, Suite 2100, New Orleans, Louisiana 70163.

Dated: August 30, 2004

_____
Justin J. Daniels