AUG 26 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

ASPEN TECHNOLOGY, INC.,

Plaintiff,

V.

F/V SOFTWARE, L.L.C.,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04-11830 PBS

TO: (Name and address of Defendant)

F/V Software, L.L.C.
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Dougherty
Justin J. Daniels
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

August 23, 2004
DATE

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/23/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James McCune III | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): Service made on F/V Software LLC's registered agent for service of process, Mr. Steven I. Klein, 909 Poydras Street, Suite 2800, New Orleans, Louisiana 70112.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/23/04
             Date

Signature of Server: James McCune

Address of Server:
Kean Miller
Energy Centre
1100 Poydras St. Suite 1560
New Orleans, LA 70163

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.