UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ASPEN TECHNOLOGY, INC.,
                Plaintiff,

v.

F/V SOFTWARE, L.L.C.,
                Defendant.

Civil Action
No. 04-11830 -PBS

## F/V SOFTWARE, L.L.C.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, F/V Software, L.L.C. submits the following corporate disclosure statement:

F/V Software, L.L.C., a Louisiana limited liability corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

                F/V SOFTWARE, LLC
                By Its Attorneys,

                Ruth T. Dowling (BBO #645568)
                Marc J. Goldstein (BBO #636228)
                PALMER & DODGE LLP
                111 Huntington Avenue
                Boston, MA 02199
                (617) 239-0100

Of Counsel:

Eugene G. Taggart, (LA Bar No. 12627)
Terrence G. O'Brien, LA Bar No. 10147)
TAGGART, MORTON, OGDEN, STAUB, ROUGELOT &
O'BRIEN, LLC
1100 Poydras Street, Suite 2100
New Orleans, LA 70163-2100
(504) 599-8500
Fax: (504) 599-8501

September 13, 2004

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon Justin Daniels, Skadden, Arps, Slate, Meagher & From, LLP, One Beacon Street, Massachusetts 02108 by facsimile and mail on September 13, 2004

*[signature]*