UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ASPEN TECHNOLOGY, INC.,
            Plaintiff,

v.

F/V SOFTWARE, L.L.C.,
            Defendant.

Civil Action
No. 04-11830

## ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendant F/V Software, L.L.C., without waiving any defenses that may be applicable herein, hereby requests an extension of time to October 4, 2004, to file its responsive pleadings. Counsel for the defendant requires additional time within which to investigate the allegations of the Complaint for Declaratory Relief and to prepare responsive pleadings.

Counsel for Plaintiff Aspen Technology, Inc. assents to this motion.

WHEREFORE, defendant F/V Software, L.L.C. requests that its motion be granted and that it be allowed to file responsive pleadings on or before October 4, 2004.

F/V SOFTWARE, L.L.C.
By its attorneys,

/s/ Ruth T. Dowling

Ruth T. Dowling (BBO #645568)
Marc J. Goldstein (BBO #636228)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100
Fax: (617) 227-4420

Of Counsel:

Eugene G. Taggart, (LA Bar No. 12627)
Terrence G. O'Brien, LA Bar No. 10147)
TAGGART, MORTON, OGDEN, STAUB,
ROUGELOT & O'BRIEN, LLC
1100 Poydras Street, Suite 2100
New Orleans, LA 70163-2100
(504) 599-8500
Fax: (504) 599-8501

CERTIFICATION PURSUANT TO L.R. 7.1

I hereby certify that plaintiff's counsel assented to this motion on September 10, 2004.

_____

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon Justin Daniels, Skadden, Arps, Slate, Meagher & From, LLP, One Beacon Street, Massachusetts 02108 by facsimile and mail on September 13, 2004

_____