UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ASPEN TECHNOLOGY, INC.,
                            Plaintiff,

        v.                                          Civil Action
                                                    No. 04-11830

F/V SOFTWARE, L.L.C.,
                            Defendant.

## UNOPPOSED MOTION FOR ADMISSION OF EUGENE G. TAGGART AND TERRENCE GEORGE O'BRIEN TO PRACTICE IN THIS COURT *PRO HAC VICE*

Pursuant to Local Rule 83.5(b) of this Court, Marc J. Goldstein, a member of the Bar of this Court who is an attorney with the firm of Palmer & Dodge LLP, moves for the admission to the Bar of this Court, *pro hac vice*, of Eugene G. Taggart and Terrence George O'Brien, members of the Bar of the State of Louisiana. The Local Rule 83.5.3(b) Certificates by Mr. Taggart and Mr. O'Brien and certifications from the Supreme Court of the State of Louisiana in support of this motion are attached as Exhibits A-D.

Two checks in the amount of $50.00 each to cover the fee for admission *pro hac vice* are enclosed with this motion.

F/V SOFTWARE, LLC

By Its Attorneys,

M. Muldot

Ruth T. Dowling (BBO #645568)
Marc J. Goldstein (BBO #636228)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

Of Counsel:

Eugene G. Taggart, (LA Bar No. 12627)
Terrence G. O'Brien, LA Bar No. 10147)
TAGGART, MORTON, OGDEN, STAUB,
ROUGELOT & O'BRIEN, LLC
1100 Poydras Street, Suite 2100
New Orleans, LA 70163-2100
(504) 599-8500
Fax: (504) 599-8501

September 13, 2004

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be
served upon Justin Daniels, Skadden, Arps, Slate, Meagher & From,
LLP, One Beacon Street, Massachusetts 02108 by facsimile and mail
on September 13, 2004.

M. Muldot

CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

I hereby certify that on September 13, 2004 counsel for Plaintiff
Aspen Technology, Inc. stated that Plaintiff does not oppose this
Motion

M. Muldot

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### EUGENE G. TAGGART, ESQ., #12627

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 8th Day of June, 1959 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 31st Day of August, 2004, A.D.

Clerk of Court
Supreme Court of Louisiana



EXHIBIT
A

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

ASPEN TECHNOLOGY, INC.,
        Plaintiff

CIVIL ACTION

VERSUS

NO. 04-11830

F/V SOFTWARE, L.L.C.,
        Defendant

HON. PATTI B. SARIS, J.

## LOCAL RULE 83.5.3(b) CERTIFICATE

Eugene G. Taggart, a member of the bar of the State of Louisiana and the bar of the United States District Court for the Eastern District of Louisiana, certifies:

1.    That he is a member in good standing in every jurisdiction where he has been admitted to practice;

2.    That there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and

3.    That he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

September _8_, 2004.

_____
Eugene G. Taggart



# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### *TERRENCE GEORGE O'BRIEN, ESQ., #10147*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 2nd Day of October, 1974 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 31st Day of August, 2004, A.D.

Clerk of Court
Supreme Court of Louisiana



**EXHIBIT**

*C*

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

ASPEN TECHNOLOGY, INC.,
**Plaintiff**

CIVIL ACTION

VERSUS

NO. 04-11830

F/V SOFTWARE, L.L.C.,
**Defendant**

HON. PATTI B. SARIS, J.

## LOCAL RULE 83.5.3(b) CERTIFICATE

Terrence G. O'Brien, a member of the bar of the State of Louisiana and the bar of the United States District Court for the Eastern District of Louisiana, certifies:

1.    That he is a member in good standing in every jurisdiction where he has been admitted to practice;

2.    That there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and

3.    That he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

September 5, 2004.

_____
Terrence G. O'Brien

