UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ASPEN TECHNOLOGY, INC.,**<br>            **Plaintiff,**<br><br>    v.<br><br>**F/V SOFTWARE, L.L.C.,**<br>            **Defendant.** | **Civil Action**<br>**No. 04-11830** |

## MOTION TO DISMISS

Defendant F/V Software, L.L.C. ("F/V"), pursuant to Fed.R.Civ.P. 12(b) and Local Rule 7.1, moves this court to dismiss the Complaint for Declaratory Judgment filed herein by Aspen Technology, Inc. for the reasons set forth in the attached memorandum of reasons.

F/V SOFTWARE, L.L.C.

By its attorneys,

    /s/ Marc J. Goldstein
Ruth T. Dowling (BBO #645568)
Marc J. Goldstein (BBO #636228)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100
Fax: (617) 227-4420

Of Counsel:

Eugene G. Taggart (LA Bar No. 12627)
Terrence G. O'Brien (LA Bar No. 10147)
TAGGART, MORTON, OGDEN, STAUB,
ROUGELOT & O'BRIEN, LLC
1100 Poydras Street, Suite 2100
New Orleans, LA 70163-2100
(504) 599-8500
Fax: (504) 599-8501

CERTIFICATION PURSUANT TO L.R. 7.1

I hereby certify that on September 20, 2004, counsel conferred and attempted in good faith to resolve or narrow the issue.

    /s/ Marc J. Goldstein