## TAGGART, MORTON, OGDEN, STAUB, ROUGELOT & O'BRIEN, LLC

ATTORNEYS AND COUNSELLORS AT LAW

EUGENE G. TAGGART
DIRECT DIAL (504) 599-8502
E-MAIL etaggart@taggartmorton.com

2100 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70163-2100
TELEPHONE (504) 599-8500
FACSIMILE (504) 599-8501
www.taggartmorton.com

COVINGTON, LA OFFICE

71206 HENDRY AVENUE
COVINGTON, LOUISIANA 70433
TELEPHONE (985) 892-8592
FACSIMILE (985) 809-9237

August 11, 2004
20660-1

Mr. Stephen J. Doyle
General Counsel and Chief Legal Officer
Aspen Technology, Inc.
Ten Canal Park
Cambridge, MA 02141-2201
Facsimile to: 1.617.949.1030/USPS

Dear Mr. Doyle:

We have been asked to represent F/V Software, L.L.C. to recover damages it sustained from the failure of Aspen Technology, Inc. to perform a certain Registration Rights Agreement dated June 15, 2001.

On June 15, 2001, Aspen Technology, Inc. issued 96,629 shares of its stock to F/V Software, L.L.C. and promised to register those shares in accordance with the Registration Rights Agreement between the parties. The failure of Aspen Technology, Inc. to perform its obligations under the Registration Rights Agreement caused significant monetary damages to F/V Software, L.L.C.

We would like to discuss this matter with you in the hope that this matter can be resolved without litigation. Please call me at your earliest convenience.

Sincerely yours,

Eugene G. Taggart

EGT:CSP


EXHIBIT D