UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - x
ASPEN TECHNOLOGY, INC.,              :

        Plaintiff,                   :   Civil Action
                                         No. 04-11830-PBS
v.                                   :

F/V SOFTWARE, L.L.C.,                :

        Defendant.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - x
```

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time within which plaintiff Aspen Technology, Inc. may file an opposition to defendant F/V Software, L.L.C's Motion To Dismiss is extended to and including November 4, 2004.

Dated: October 13, 2004
       Boston, Massachusetts

Respectfully submitted,

_____
Thomas J. Dougherty (BBO #132300)
Justin J. Daniels (BBO #656118)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Plaintiff

_____
Ruth T. Dowling (BBO #645568)
Marc J. Goldstein (BBO #636228)
PALMER & DODGE, LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 239-0100

Counsel for Defendant

SO ORDERED:

Dated: 10/25/04

_____
Patti B. Saris
United States District Judge