UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 NOV -4  P 7: 06

------------------------------------ x
ASPEN TECHNOLOGY, INC            :
            Plaintiff,           :   Civil Action
                                 :   No. 04-11830-PBS
    v.                           :
                                 :
F/V SOFTWARE, L.L.C              :
            Defendant.           :
------------------------------------ x

### AFFIDAVIT OF JUSTIN J. DANIELS

COMMONWEALTH OF MASSACHUSETTS   )
                                ) ss.:
SUFFOLK COUNTY                  )

JUSTIN J. DANIELS, being duly sworn, deposes and says:

1. I am counsel in the Boston office of Skadden, Arps, Slate, Meagher & Flom LLP. I make this affidavit in connection with and in further support of Aspen's opposition to defendant F/V Software, L.L.C. ("F/V")'s motion to dismiss the complaint in the above-captioned action.

2. In the summer of 2003, I called Mr. Steven Klein of Sher Garner Cahill Richter Klein McAlister & Hilbert, LLC. ("Sher Garner") of New Orleans, Lousiana, who I understood at the time to be representing Frantzen/Voelker Investments, L.L.C., a private equity investment group, as well as one of its subsidiaries F/V Software, L.L.C. ("F/V"). The purpose of my call was to discuss Aspen's positions on the dispute between the plaintiffs in the action Benbow, et al. v. Aspen Technology, Inc., No. 02-2881 (E.D. La., Amended Complaint filed Nov. 27, 2002), and to assess F/V's position as well.

3. During this conversation, I explained to Mr. Klein Aspen's position with respect to the Registration Rights Agreement ("RRA") at issue in the <u>Benbow v. Aspen</u> litigation -- the same RRA that is the subject of the above-captioned dispute -- including Aspen's position that the plaintiffs' claims did not have merit. Mr. Klein responded that he did not have an opinion on the merits of the claims but that as far as he was concerned F/V was in the "same position" as the plaintiffs in <u>Benbow</u> vis-à-vis claims against Aspen.

4. Later in 2003, in the context of settlement discussions, the Taggart firm communicated to me a proposed "global" settlement of the dispute between Aspen and all potential plaintiffs, including F/V. Aspen rejected F/V's counsel's offer.

5. Further, during the court-ordered settlement negotiations in the <u>Benbow</u> matter, Aspen made clear to the Taggart firm that it believed their claims to be without merit.

_____
Justin J. Daniels

On this 4th day of November, 2004, before me, the undersigned notary public, personally appeared Justin J. Daniels, whom I personally know, who signed the preceding document in my presence, and who swore to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

_____
(official signature and seal of notary)

My Commission expires:

MICHELLE BOURGEOIS
Notary Public
Commonwealth of Massachusetts
My Commission Expires July 24, 2009

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand, on 11/4/04.