UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASPEN TECHNOLOGY, INC., <br>         Plaintiff, <br><br> v. <br><br> F/V SOFTWARE, L.L.C., <br>         Defendant. | Civil Action <br> No. 04-11830 |

UNOPPOSED MOTION OF DEFENDANT
F/V SOFTWARE, L.L.C. FOR LEAVE TO FILE
REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS

Pursuant to Local Rule 7.1(b)(3), defendant F/V Software, L.L.C. respectfully requests leave to file the attached Reply Memorandum in support of its motion to dismiss. Counsel for plaintiff Aspen Technology, Inc. has stated that it has no opposition to this motion.

| | |
|---|---|
| December 2, 2004 | Respectfully submitted, <br><br> F/V SOFTWARE, L.L.C. <br> By Its Attorneys, <br><br> __/s/ Marc J. Goldstein_____ <br> Ruth T. Dowling (BBO #645568) <br> Marc J. Goldstein (BBO #636228) <br> PALMER & DODGE LLP <br> 111 Huntington Avenue <br> Boston, MA 02199 <br> (617) 239-0100 <br> Fax: (617) 227-4420 <br><br> Eugene G. Taggart, (LA Bar No. 12627) <br> Terrence G. O'Brien, LA Bar No. 10147) <br> TAGGART, MORTON, OGDEN, STAUB, <br> ROUGELOT & O'BRIEN, LLC <br> 1100 Poydras Street, Suite 2100 <br> New Orleans, LA 70163-2100 <br> (504) 599-8500 <br> Fax: (504) 599-8501 |

CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

I hereby certify that on December 2, 2004 counsel for Plaintiff Aspen Technology, Inc. stated that Plaintiff does not oppose this Motion

     __/s/ Marc J. Goldstein_____