UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASPEN TECHNOLOGY, INC.,<br>     Plaintiff,<br><br> v.<br><br>F/V SOFTWARE, L.L.C.,<br>     Defendant. | Civil Action<br>No. 04-11830 |

## NOTICE OF SUBSTITUTION OF APPEARANCE

Please withdraw the appearance of Marc J. Goldstein of Palmer & Dodge LLP on behalf of defendant F/V Software, L.L.C. and add the appearance of Michael S. Rabieh of Palmer & Dodge. Ruth T. Dowling will continue to also represent F/V.

              F/V SOFTWARE, L.L.C.
              By its attorneys,

               /s/ Marc J. Goldstein
              Ruth T. Dowling (BBO #645568)
              Marc J. Goldstein (BBO #636228)
              Michael S. Rabieh (BBO # 654737)
              PALMER & DODGE LLP
              111 Huntington Avenue
              Boston, MA 02199
              (617) 239-0100
              Fax: (617) 227-4420

                 and

              Eugene G. Taggart (LA Bar No. 12627)
              Terrence G. O'Brien (LA Bar No. 10147)
              TAGGART, MORTON, OGDEN, STAUB, ROUGELOT &
              O'BRIEN, LLC
              1100 Poydras Street, Suite 2100
              New Orleans, LA 70163-2100
              (504) 599-8500
              Fax: (504) 599-8501

206042.1