UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
ASPEN TECHNOLOGY, INC.,           :

            Plaintiff,            :     Civil Action
                                        No. 04-11830-PBS
      v.                          :

F/V SOFTWARE, L.L.C.,             :

            Defendant.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### **PLAINTIFF'S NOTICE OF MOTION TO REASSIGN RELATED CASE**

PLEASE TAKE NOTICE that Plaintiff Aspen Technology, Inc. ("Aspen"), has this date filed in <u>F/V Software, L.L.C. v. Aspen Technology, Inc.</u>, Civ. No. 05-11286-REK (D. Mass.), a Motion To Reassign Related Case, a copy of which is attached hereto as <u>Exhibit A</u>. Under Local Rule 40.1(G)(5):

> The treatment of a case as not related to another case shall be subject to correction only by the joint decision of the judge to whom it has been assigned and the judge to whom it should be assigned, if related to another case. The judges may then transfer the case pursuant to section (I) of this rule, and shall notify the clerk of the reason for the transfer.

LR, D. Mass. 40.1(G)(5).

Dated:  October 20, 2005                Respectfully submitted,
        Boston, Massachusetts

                                        /s/ Justin J. Daniels
                                        Thomas J. Dougherty (BBO #132300)
                                        Justin J. Daniels (BBO #656118)
                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
                                        One Beacon Street
                                        Boston, Massachusetts 02108
                                        (617) 573-4800

                                        Counsel for Plaintiff Aspen Technology, Inc.