UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ASPEN TECHNOLOGY, INC.,
                    Plaintiff(s)

                                                    CIVIL ACTION

        V.
                                                    NO.  04-11830-PBS

F/V SOFTWARE, L.L.C.,
                    Defendant(s)

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE SARIS

SWARTWOOD, C.M.J.

On  December 12, 2005       I held the following ADR proceeding:

_____    EARLY NEUTRAL EVALUATION      X    MEDIATION

_____    MINI-TRIAL                 _____    SUMMARY JURY TRIAL

_____    SETTLEMENT CONFERENCE


All parties were represented by counsel  [except _____ ]

The parties  were  present in person or by authorized corporate officer [except _____].

The case was:

[ ]      Settled.  Your clerk should enter a ___ day order of dismissal.

[ ]      There was progress.  A further conference has been scheduled for _____ unless the case is

         reported settled prior to that date.

[X]      Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case

         should be restored to your trial list.

[ ]      Suggested strategy to facilitate settlement:

         _____

         _____


___December 12, 2006_____                    /s/Charles B. Swartwood, III_____
         DATE                                 CHARLES B. SWARTWOOD, III
                                              CHIEF UNITED STATES CHIEF MAGISTRATE JUDGE


(adrrpt. - 01/96)                                             [adrrpt.]