**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ASPEN TECHNOLOGY, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**F/V SOFTWARE, L.L.C.,**<br><br>**Defendant.** | **Civil Action**<br>**No. 04-11830-PBS** |

**NOTICE OF APPEARANCE**

Please enter the appearance of Timothy N. Schofield as counsel for defendant F/V Software, L.L.C., in the above-captioned action.

Respectfully submitted,

F/V SOFTWARE, L.L.C.,

By its attorney,

/s/ Timothy N. Schofield

______________________________
Timothy N. Schofield (BBO #645179)
SCHOFIELD & ASSOCIATES
6 Beacon Street – Suite 720
Boston, MA 02108
617-557-4545

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Timothy N. Schofield

______________________________
Timothy N. Schofield