UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ASPEN TECHNOLOGY, INC.,
                Plaintiff,

v.

F/V SOFTWARE, L.L.C.,
                Defendant.

Civil Action
No. 04-11830-PBS

## NOTICE OF WITHDRAWAL OF APPEARANCE

    Ruth T. Dowling and Michael S. Rabieh, of Edwards Angell Palmer & Dodge LLP, respectfully withdraw their appearances on behalf of defendant F/V Software, L.L.C.

F/V SOFTWARE, L.L.C.
By its attorneys,

    /s/ Ruth T. Dowling
    /s/ Michael S. Rabieh
Ruth T. Dowling (BBO #645568)
Michael S. Rabieh (BBO #654737)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100
Fax: (617) 227-4420

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    /s/ Michael S. Rabieh
    Michael S. Rabieh

352911.1