### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASPEN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> F/V SOFTWARE, L.L.C., <br><br> Defendant. | Civil Action <br> No. 04-11830 PBS |
| And | |
| F/V SOFTWARE, L.L.C., <br><br> Plaintiff, <br><br> ASPEN TECHNOLOGY, INC., <br><br> Defendant. | Civil Action <br> No. 05-11286 PBS |

### F/V SOFTWARE L.L.C.' S ASSENTED TO MOTION TO <u>CONSOLIDATE CASES AND SET SCHEDULING CONFERENCE</u>

Whereas the two above-captioned cases are related and are appropriate for consolidation for all purposes, including trial on the merits, and whereas a scheduling conference is set in the second captioned matter for February 1, 2006, and it would be appropriate to address all scheduling issues at that time, F/V Software, L.L.C. respectfully moves the Court for an Order consolidating the two cases for all purposes,

including trial on the merits, and that the scheduling conference set for February 1, 2006 address all scheduling issues in the consolidated cases.

Aspen Technology, Inc. has assented to this motion.

Respectfully submitted,

F/V SOFTWARE, INC.,

By its attorneys,

/s/ Terrence G. O'Brien
_____
Terrence G. O'Brien (Bar No. 10147)
TAGGART, MORTON, OGDEN, STAUB,
ROUGELOT & O'BRIEN, LLC
1100 Poydras Street, Suite 2100
New Orleans, LA 70163-2100
Telephone: 504.599.8500
Facsimile: 504.599.8501


/s/ Timothy N. Schofield
_____
Timothy N. Schofield  (BBO# 645179)
SCHOFIELD & ASSOCIATES
6 Beacon Street, Suite 720
Boston, MA 02108
Telephone:  617.557.4545
Facsimile:  617.531.0136


SO ORDERED:


Date:_____        _____
                                                          JUDGE

2

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

      /s/ Timothy N. Schofield
_____
Timothy N. Schofield