UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - x

ASPEN TECHNOLOGY, INC.,                :

              Plaintiff,                :        Civil Action
                                  No. 04-11830-PBS

          v.                :

F/V SOFTWARE, L.L.C.,                  :

             Defendant.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for plaintiff Aspen

Technology, Inc. in the above-captioned action.


Dated:  January 31, 2006                Respectfully submitted,
        Boston, Massachusetts


                                  /s/ Benjamin L. Mack
                                  Benjamin L. Mack (BBO #661590)
                                  SKADDEN, ARPS, SLATE,
                                    MEAGHER & FLOM LLP
                                  One Beacon Street
                                  Boston, Massachusetts 02108
                                  (617) 573-4800

                                  Counsel for Plaintiff Aspen Technology, Inc.


## CERTIFICATE OF SERVICE

       I, Benjamin L. Mack, hereby certify that a true copy of the foregoing Notice Of Appearance, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on January 31, 2006.

Dated:  January 31, 2006                /s/ Benjamin L. Mack
                                  Benjamin L. Mack