UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
ASPEN TECHNOLOGY, INC.,            :

            Plaintiff,             :      Civil Action
                                          No. 04-11830-PBS
      v.                           :

F/V SOFTWARE, L.L.C.,              :

            Defendant.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### REPLY TO COUNTERCLAIM
### AND AFFIRMATIVE DEFENSES
### OF ASPEN TECHNOLOGY, INC.

Aspen Technology, Inc. ("Aspen"), by its undersigned counsel, replies to the Counterclaim filed by F/V Software, L.L.C. ("F/V"), upon knowledge as to itself and its own acts and otherwise upon information and belief, as follows:

1. Aspen admits the allegations in paragraph 1 of the Counterclaim.

2. Aspen admits the allegations in paragraph 2 of the Counterclaim.

3. Aspen admits the allegations in paragraph 3 of the Counterclaim.

4. Aspen admits the allegations in paragraph 4 of the Counterclaim, and avers that on January 27, 2006, upon motion by F/V, the action that bears Civil Action No. 05-11286-PBS was consolidated with this action and subsequently terminated.

5. Aspen repeats and realleges, as if fully set forth herein, the averments and affirmative defenses set forth in the Answer And Affirmative Defenses Of Defendant Aspen Technology, Inc., filed on January 9, 2006 in <u>F/V Software, L.L.C. v. Aspen Technology, Inc.</u>, Civil Action No. 05-11286-PBS (D. Mass.) (copy attached hereto as Exhibit A).

WHEREFORE, Aspen respectfully requests that this Court:

(a) Grant Aspen judgment on F/V's Counterclaim and dismiss the Counterclaim with prejudice in its entirety;

(b) Award Aspen its costs and attorneys' fees for the defense of this action; and

(c) Award Aspen such other relief as the Court deems just and proper.

Dated: January 31, 2006
     Boston, Massachusetts

Respectfully submitted,

/s/ Justin J. Daniels
Thomas J. Dougherty (BBO #132300)
Justin J. Daniels (BBO #656118)
Benjamin L. Mack (BBO #661590)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
Telephone: (617) 573-4800
jdaniels@skadden.com

Counsel for Aspen Technology, Inc.

**CERTIFICATE OF SERVICE**

I, Benjamin L. Mack, hereby certify that a true copy of the foregoing Reply To Counterclaim Of Aspen Technology, Inc., filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on January 31, 2006.

Dated: January 31, 2006

/s/ Benjamin L. Mack
Benjamin L. Mack