UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Aspen Technology, Inc. ,

          Plaintiff,         CIVIL ACTION
                                    NO. 04-11830-PBS

    v.

F/V Software LLC,

          Defendant.

## PRETRIAL ORDER

SARIS, D.J.                                                        February 1, 2006

The above action has been set down for JURY-WAIVED or NON-JURY TRIAL on 9/6/06, at 9:00 a.m.

By 8/2/06, the parties shall file/serve proposed findings of fact/conclusions of law, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

By 8/16/06, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

Trial briefs shall be filed/served by 8/30/06.

                                                             By the Court,

                                                             /s/ Robert C. Alba
                                                             Deputy Clerk

---

[1] Exhibits shall be premarked with one set of exhibit numbers. There should be no duplicative exhibit numbers. For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc... Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2] It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.