UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Aspen technology, Inc.,
Plaintiff,

       V.                           Civil Action Number
                                     04-11830-PBS   Consolidated

F/V Software LLC
Defendant.                                   February 1, 2006

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 5/31/06

Expert designation deadline: 6/15/06

Expert response deadline: 7/15/06

Expert discovery deadline: 8/15/06

Bench Trial: 9/6/06 at 9:00 a.m.

                                                           By the Court,

                                                           /s/ Robert C. Alba
                                                           Deputy Clerk