UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| ASPEN TECHNOLOGY, INC., | : | |
| Plaintiff, | : | Civil Action No. 04-11830-PBS |
| v. | : | |
| F/V SOFTWARE, LLC, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - -

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the parties hereto, that this action and all claims herein are dismissed with prejudice, and with each party to bear its own costs and attorneys' fees.

Dated: MAY 23, 2006                                     Respectfully submitted,

_____                             _____
Timothy N. Schofield (BBO #645179)                      Justin J. Daniels (BBO #656118)
SCHOFIELD & ASSOCIATES                                  SKADDEN, ARPS, SLATE,
6 Beacon Street - Suite 720                                MEAGHER & FLOM LLP
Boston, Massachusetts 02108                             One Beacon Street
(617) 557-4545                                          Boston, Massachusetts 02108
tim@schofieldlawfirm.com                                (617) 573-4800
                                                        jdaniels@skadden.com
Terrence G. O'Brien (*pro hac vice*)
TAGGART, MORTON, OGDEN,                                 Counsel for Aspen Technology, Inc.
STAUB, ROUGELOT & O'BRIEN, LLC
1100 Poydras Street, Suite 2100
New Orleans, Louisiana 70163
(504) 599-8500

Counsel for F/V Software, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first-class mail, postage pre-paid, on 5/23/06.

_____